## Exhibit A

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EDGEMARC ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>*Debtors.* | Chapter 11<br><br>Case No. 19-11104 (JTD)<br><br>(Jointly Administered) |
| ETC NORTHEAST PIPELINE, LLC<br><br>*Plaintiff and Counterclaim Defendant*,<br><br>vs.<br><br>EM ENERGY PENNSYLVANIA, LLC,<br><br>*Defendant and Counterclaim Plaintiff.* | Adv. Pro. No.: 19-50268 (JTD) |

**ORDER GRANTING MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING**

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Section 1109(b) of title 11 of the United States Code, Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Motion; and the Court finding that it has jurisdiction over this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: EdgeMarc Energy Holdings, LLC (6900), EM Energy Manager, LLC (5334), EM Energy Employer, LLC (8026), EM Energy Ohio, LLC (6935), EM Energy Pennsylvania, LLC (1541), EM Energy West Virginia, LLC (3771), EM Energy Keystone, LLC (7506), EM Energy Midstream Ohio, LLC (1268), and EM Energy Midstream Pennsylvania, LLC (3963). The Debtors' corporate headquarters and mailing address is 1800 Main Street, Suite 220, Canonsburg, PA 15317.

matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of the Motion having been provided; and good cause appearing therefor; it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Committee be granted the right to intervene in this Adversary Proceeding and shall be deemed to so intervene; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September _____, 2019
       Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John T. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge